COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| | § | |
| In the Interest of S. D. A., a Child., | § | No. 08-18-00023-CV |
| Appellant. | § | Appeal from the |
| | § | 83rd District Court |
| | § | Of Terrell County, Texas |
| | § | (TC# 3148) |
| | § | |

## **O R D E R**

Pending before the Court is Appellee's motion requesting that the Court reconsider its decision to submit the case with oral argument. Appellant has filed a response in opposition. After reviewing the motion, the response, the parties' briefs, and the record, the Court concludes that Appellee's motion to submit the case without oral argument should be GRANTED. Accordingly, it is ORDERED that the above-styled and numbered cause will be submitted on March 7, 2019 *without* oral argument. *See* TEX.R.APP.P. 39.1(c), (d) (giving appellate court discretion to decide that oral argument is unnecessary where the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument).

IT IS SO ORDERED this 4th day of February, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.